

FILED - GR
May 10, 2012 4:06 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gif / SCANNED BY: /6/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELVIN PIERRE WARD,
    a/k/a "Melly Mel,"
DERRICK CORTEZ DAVIS,
EUGENE MANFIELD WILSON,
MARIO LAVELLE BROWN, and
SHANE LEE WEATHERSBY,
    a/k/a "Q,"

    Defendants.
_____/

No. 1:12-CR-84

Hon. Paul L. Maloney
Chief United States District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Cocaine Conspiracy)

From on or about an unknown date in March of 2010, to on or about March 30, 2012, in Kalamazoo County, in the Southern Division of the Western District of Michigan, and elsewhere,

**MELVIN PIERRE WARD,
a/k/a "Melly Mel,"
DERRICK CORTEZ DAVIS,
EUGENE MANFIELD WILSON,
MARIO LAVELLE BROWN, and
SHANE LEE WEATHERSBY,
a/k/a "Q,"**

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to possess with

the intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(B)(ii)(II)**

## COUNT 2
(Possession with Intent to Distribute Cocaine)

On or about March 30, 2012, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**MELVIN PIERRE WARD,**
a/k/a "Melly Mel,"
**DERRICK CORTEZ DAVIS,**
**MARIO LAVELLE BROWN, and**
**SHANE LEE WEATHERSBY,**
a/k/a "Q,"

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)(II)
18 U.S.C. § 2

(Forfeiture Allegation)

The Grand Jury realleges Counts 1 and 2 of this Superseding Indictment as though fully set forth herein. Upon conviction of either of the controlled substance offenses set forth in Count 1 or Count 2, defendants

**MELVIN PIERRE WARD,**
a/k/a "Melly Mel,"
**DERRICK CORTEZ DAVIS,**
**EUGENE MANFIELD WILSON,**
**MARIO LAVELLE BROWN, and**
**SHANE LEE WEATHERSBY,**
a/k/a "Q,"

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violations, and any property used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to the following:

1. UNITED STATES CURRENCY – $12,222 United States currency.

2. CONVEYANCES

    a. One 2004 Cadillac Escalade, black in color, VIN 1GYEK63N44R313929;

    b. One 2000 Pontiac Montana van, tan in color, VIN 1GMDX03E6YD176409; and

    c. One 2002 Cadillac DeVille, VIN #1G6KE54Y62U263177.

3. SUBSTITUTE ASSETS – If any of the above forfeitable property, as a result of any act or omission of any defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

**21 U.S.C. § 853**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 846**
**28 U.S.C. § 2461(c)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
SEAN C. MALTBIE
HEATH M. LYNCH
Assistant United States Attorneys